WILLIAM S. BARNES et al., Appellants, *v.* THE LONG ISLAND
RAILROAD COMPANY, Respondent.

*Barnes* v. *Long Island R. R. Co.*, 115 App. Div. 44, affirmed.
(Argued February 19, 1908; decided March 10, 1908.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 13, 1906, which reversed a judgment in favor of
plaintiffs entered upon a verdict and an order denying a
motion for a new trial and granted a new trial in an action
to recover for damages to live stock of the plaintiffs alleged
to have been caused by defendant's negligence while in
transit over its railroad.

*Edwin L. Kalish* and *William Lindsay* for appellants.

*William C. Beecher* and *Joseph F. Keany* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.